**Order entered August 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00009-CV

**BEGETTA BRYANT, Appellant**

**V.**

**DUC NGUYEN, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. Cc-17-06066-D**

## ORDER

Before the Court is appellant's August 1, 2018 third motion for extension of time to file corrected brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 4, 2018. We caution appellant that failure to file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).


/s/     DAVID EVANS
        JUSTICE